**This order is SIGNED.**

Dated: March 5, 2019



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

*ar*

Chase A. Adams, #15080
ADAMS LAW PLLC
Attorney for Nevada West
765 E 9000 S Suite A-1
Sandy, UT 84094
Telephone: (801) 810-1815
E-mail: chase@adamslaw.legal

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re:<br><br>SULEMAN GOWON,<br><br>Debtor. | CHAPTER 13<br>Bankruptcy Case No. 19-21133<br><br>Judge Kevin R. Anderson |
|---|---|

ORDER PURSUANT TO 11 U.S.C. § 362(c)(4)(A)(ii)
CONFIRMING THAT NO STAY IS IN EFFECT

The Court has reviewed the Amended Request for Entry of Order Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii) Confirming that No Stay is in Effect filed by HLS of Nevada dba Nevada West Financial and based upon the representations contained therein and good cause appearing therefor, it is hereby

ORDERED that pursuant to 11 U.S.C. § 362(c)(4)(A)(ii) there is no automatic stay in effect in the Debtor's current bankruptcy case because the Debtor has had four (4) bankruptcy cases pending within the previous year.

--------------------END OF DOCUMENT---------------------

–1–

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER PURSUANT TO 11 U.S.C. § 362(C)(4)(A)(II) CONFIRMING THAT NO STAY IS IN EFFECT** shall be served to the parties and in the manner designated below:

**By Electric Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

·   Lon Jenkins – ecfmail@ch13ut.org; lneebling@ch13ut.org
·   Jared Pearson – jared@pearsonlawfirm.org
·   United States Trustee – USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Suleman D Gowon
4909 Calton Ln.
South Jordan, UT 84095


　　　　　　　　　　　　　　　　　　　　　*Is/* Chase A. Adams